IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
NOV 02 2007
NOV 02 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States of America ex rel. )
)
J.B. WASHUP, SR #B-60369 )
(Full name and prison number) )
(Include name under which convicted) )
)
PETITIONER: J.B. WASHUP, SR #B60369 )     07CV 6208
)     JUDGE NORGLE
vs. )     MAGISTRATE JUDGE MASON
)
DANIEL L. AUSTIN )
(Warden, Superintendent, or authorized )
person having custody of petitioner) )
)
RESPONDENT, and: DANIEL L. AUSTIN )
)
(Fill in the following blank only if judgment )
attacked imposes a sentence to commence )
in the future) )
)
ATTORNEY GENERAL OF THE STATE OF )     Case Number of State Court Conviction:
)
ILLINOIS )         04 CR-2843301
(State where judgment entered) )

PETITION FOR WRIT OF HABEAS CORPUS - PERSON IN STATE CUSTODY

1. Name and location of court where conviction entered: __CIRCUIT COURT OF ILLINOIS CRIMINAL DIVISION 2600 south CALIFORNIA CHICAGO ILLINOIS 60608__

2. Date of judgment of conviction: __MAY 26, 2005__

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)

   __BURGLARY__

4. Sentence(s) imposed: __9 - YEARS__

5. What was your plea? (Check one)   (A) Not guilty        (X)
                                     (B) Guilty            ( )
                                     (C) Nolo contendere   ( )

   If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:

   _____

Revised: 7/20/05

## PART I – TRIAL AND DIRECT REVIEW

1. Kind of trial: (Check one):   Jury ( )   Judge only ( x )

2. Did you testify at trial?   YES ( )   NO ( x )

3. Did you appeal from the conviction or the sentence imposed? YES ( x ) NO ( )

   (A) If you appealed, give the

   (1) Name of court: __FIRST DISTRICT APPELLATE__

   (2) Result: __DENIED__

   (3) Date of ruling: __MARCH 27, 2007__

   (4) Issues raised: __INADEQUATE DEFFENSE FROM COUNSEL.__
   __MY CONSTITUTIONAL RIGHTS WAS VIOLATED. THE COURT FAILED TO CONDUCT AN INQUIRY INTO__
   __MY CLAIM OF INEFFECTIVE ASSISTANT OF COUNSEL__

   (B) If you did not appeal, explain briefly why not:
   __N/A__

4. Did you appeal, or seek leave to appeal, to the highest state court?   YES ( x )   NO ( )

   (A) If yes, give the

   (1) Result: __DENIED__

   (2) Date of ruling: __9-28-07__

   (3) Issues raised: __INEFFECTIVE ASSISTANT OF COUNSEL. THE COURT FAILED TO CONDUCT__
   __AN INQUIRY INTO MY CLAIM OF INEFFECTIVENESS OF COUNSEL.__
   __THE VIOLATION OF MY CONSTITUTION RIGHT.__

   (B) If no, why not: __N/A__

5. Did you petition the United States Supreme Court for a writ of *certiorari*? Yes ( ) No ( x )

   If yes, give (A) date of petition: __N/A__   (B) date *certiorari* was denied: __N/A__

## PART II – COLLATERAL PROCEEDINGS

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

   YES ( )   NO (x)

   With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

   A. Name of court: __N/A__

   B. Date of filing: __N/A__

   C. Issues raised: __N/A__

   D. Did you receive an evidentiary hearing on your petition?   YES ( )   NO (x)

   E. What was the court's ruling?   __N/A__

   F. Date of court's ruling: __N/A__

   G. Did you appeal from the ruling on your petition?   YES ( )   NO (x)

   H. (a) If yes, (1) what was the result?   __N/A__

      (2) date of decision:   __N/A__

      (b) If no, explain briefly why not: __N/A__

   I. Did you appeal, or seek leave to appeal this decision to the highest state court?

   YES ( )   NO (x)

      (a) If yes, (1) what was the result?   __N/A__

      (2) date of decision:   __N/A__

      (b) If no, explain briefly why not   __N/A__

Revised: 7/20/05

2. With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?   YES ( )   NO (X)

  A   If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

  1. Nature of proceeding         N/A
  2. Date petition filed          N/A
  3. Ruling on the petition       N/A
  4. Date of ruling               N/A
  5. If you appealed, what was the ruling on appeal?   N/A
  6. Date of ruling on appeal     N/A
  7. If there was a further appeal, what was the ruling?   N/A
  8. Date of ruling on appeal     N/A

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court**?   YES ( )   NO (x)

  A. If yes, give name of court, case title and case number.   N/A

  B. Did the court rule on your petition? If so, state

   (1) Ruling:   N/A
   (2) Date:     N/A

4. With respect to this conviction or sentence, are there legal proceedings pending in any court, other than this petition?   YES (x)   NO ( )

  If yes, explain: THE COURT IS MAKING ME DO 2-years M.S.R UPON RELEASE WHICH WILL BE 11-years INSTEAD OF THE 9-years IMPOSED SENTENCE, WHICH IS CONSTITUTIONALLY UNAUTHORIZED AND VOID IN VIOLATION OF THE 4th,5th,6th,8th and 14th AMENDMENT RIGHT SECURED UNDER THE UNITED STATES CONSTITUTION, AND IN VIOLATION OF ARTILE-1, SECTION 2,8,10,12, and 24 of THE ILLINOIS CONSTITUTION OF 1970.

Revised: 7/20/05

## PART III – PETITIONER'S CLAIMS

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

**BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

(A) Ground one THE TIAL COURT FAIL TO INQUIRE INTO MY CLAIM OF INEFFECTIVE ASSISTANT FROM COUNSEL,
Supporting facts (tell your story briefly without citing cases or law):

I WROTE IN MY PRO-SE MOTION WHICH WAS TIMELY FILED FOR RECONSIDER SENTENCE:, THAT I HAD RECIEVE INADEQUATE DEFFENSE FROM TRIAL COUNSEL. AND MY MOTION WAS DENIED AND PLACED, OFF CALL. APPELLATE COURT AFFIRM CIRCUIT COURT DECISION.

AND THE ILLINOIS SUPREME COURT DENIED MY APPEAL ALSO.

(B) Ground two INEFFECTIVE ASSITANT FROM TRIAL COUNSEL.
Supporting facts:

MY COUNSEL DID NOT INVESTIGATE MY CASE, AND DID NOT CONFER WITH ME, AND FAIL TO CAll WITNESSES.

AND SHE ALSO IN COURT STATED ON THE RECORD DURING TRIAL THAT SHE DID NOT KNOW HOW TO FILE A PRE-SENTENCING INVESTIGATION REPORT FOR SOME ONE LIKE ME IN I.D.O.C.

(C) Ground three  THAT MY 4th,5th,6th,8th,and 14th AMENDMENTS WAS VIOLATED OF THE U.S.C.
Supporting facts:

(1) I WAS ARRESTED WITH NO PROBABLE CAUSE,

(2) I WAS ILLEGALLY SEARCHED,

(3) I WASEN'T READ MY MIRANDA UPON ARREST,

(4) INADEQUATE DEFFENSE FROM TRIAL COUNSEL,

(5) I WASEN'T TREATED FAIRLY DURING MY TRIAL PROCEDURES, WHICH IS GRANTED TO ME BY

THE CONSTITUTION 14th-AMENDMENT, DUE PROCESS AND EQUAL PROTECTION OF THE LAW.


(D) Ground four    NO EVIDENCE PRESENTED AT TRIAL
Supporting facts:

There were no burglary tools presented or green coat the suspect supose to wore.

or a T.V. that was suposed to be taken.

NONE OF THESE ITEMS THE CHICAGO POLICE DEPARTMENT 9-DISTRICT SAID THAT THEY HAD

WAS PRESENTED AT TRIAL.

AND THEY HAD A WITNESS THAT STATED IN COURT ON RECORD THAT HE DID NOT SEE THE

SUSPECT FACE AT ANY TIME DURING THIS BURGLARY.

I DID NOT TAKE THE STAND AND THE STATE AND JUDGE USED MY BACK GROUND AGAISN'T ME.

2. Have all grounds raised in this petition been presented to the highest court having jurisdiction?

   YES (x)   NO ( )

3. If you answered "NO" to question (2), state briefly what grounds were not so presented and why not.

Revised: 7/20/05

## PART IV – REPRESENTATION

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing  LISA BOUGHTON: 2600 s. CALIFORNIA CHICAGO ILLINOIS 60608

(B) At arraignment and plea  LISA BOUGHTON: 2600 s. CALIFORNIA CHICAGO ILLINOIS 60608

(C) At trial  LISA BOUGHTON: 2600 s. CALIFORNIA CHICAGO ILLINOIS 60608

(D) At sentencing  LISA BOUGHTON S. CALIFORNIA CHICAGO ILLINOIS 60608

(E) On appeal  MRS. THERESE BISSELL. FIRST DISTRICT APPELLATE, 203 n. LASELLE ST. CHG. ILL. 60601

(F) In any post-conviction proceeding  N/A

(G) Other (state):  N/A

## PART V – FUTURE SENTENCE

Do you have any future sentence to serve following the sentence imposed by this conviction?

YES ( )   NO ( X )

Name and location of the court which imposed the sentence:  N/A

Date and length of sentence to be served in the future  N/A

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on: 10-29-07
(Date)

NONE
Signature of attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.

_J.B. Washup Sr_
(Signature of petitioner)

# B-60369
(I.D. Number)

P.O. BOX-999 PINCKNEYVILLE ILLINOIS 62274
(Address)