**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**FILED**
NOV 0 2 2007   NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** United States of America ex rel. J.B. WASHUP, SR. | **Defendant(s):** DANIEL L. AUSTIN, et al. |
| **County of Residence:** PERRY | **County of Residence:** |
| **Plaintiff's Address:**<br>J.B. Washup, Sr.<br>B-60369<br>Pinckneyville - PCC<br>P.O. Box 999<br>Pinckneyville, IL  62274 | **Defendant's Attorney:**<br>Chief of Criminal Appeals<br>Illinios Attorney General's Office<br>100 West Randolph - 12th Floor<br>Chicago, IL  60601 |

**Basis of Jurisdiction:**
- ☐ 1. U.S. Government Plaintiff
- ☑ 3. Federal Question (U.S. gov't. not a party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

07CV 6208
JUDGE NORGLE
MAGISTRATE JUDGE MASON

**Origin:**
- ☑ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded From Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred From Other District
- ☐ 6. MultiDistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes   ☑ No

**Signature:** *A.E. Woodham*   **Date:** 11/02/2007