IN THE CIRCUIT COURT FOR THE __CRIMINAL__ JUDICIAL COURT
__Cook__ COUNTY, ILLINOIS

__J.B. WASHUP, SR__,
Petitioner,

v.

__The people of the State of Illinois__,
Respondent.

No. __04-CR-2843304__

**FILED**
NOV 0 2 2007
NOV 02 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPLICATION TO SUE OR DEFEND AS A POOR PERSON

Applicant, __J.B. WASHUP, SR__, respectfully requests the Court, pursuant to Illinois [see 735 ILCS 5/5-105] and Rule 298 of the Illinois Supreme Court, to grant (him/her) leave to (sue/defend) as a poor person; in support applicant states that the following facts are true in substance and in fact:

1. I am the (Petitioner/Respondent) in the above captioned legal proceedings.
2. I am a poor person and unable to (prosecute/defend) this action and am unable to pay the costs, fees and expenses of this action.
3. My occupation or means of subsistence:
   (a) I am not currently employed due to my imprisonment at __Pinckneyville__ Correctional Center but I receive (a state stipend/nominal wages) of $ __10.00__ per month.
   (b) The amount and source of all other income or support are: __None__
4. My total income for the preceding year was $ __None__.
5. The sources and amount of income expected by me hereafter are: __A State Stipend/Nominal wages of $10.00 per month__
6. The nature and current value of any property, real or personal, owned by me:
   (a) Real Estate: __None__
       value: __None__
   (b) Motor Vehicle: __None__
       value: __None__
   (c) Cash, saving, checking, etc. __None__
       value: __None__
   (d) Prison trust account: __None__
       value: __None__
   (e) Other (eg., T.V., etc.) __None__
       value: __None__
7. No applications for leave to sue or defend as a poor person were filed by me or on my behalf during the preceding year, except as follows: __None__
8. I believe in good faith that I have a meritorious (claim/defense).

__/s/ JB Washup Sr__
(Your Signature)
Type or print name __J.B. WASHUP, SR__
Register Number: __B60369__
__Pinckneyville__ Correctional Center
Box - __999__
__Pinckneyville__, Illinois __62274__
(Petitioner/Respondent), Pro Se

07CV 6208
JUDGE NORGLE
MAGISTRATE JUDGE MASON

Form revised 11/1/01