# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | CHARLES R. NORGLE, SR. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6208 | **DATE** | 11-9-07 |
| **CASE TITLE** | J. B. Washup, Sr. (#B-60369) v. Daniel L. Austin | | |

**DOCKET ENTRY TEXT:**

The court denies petitioner's motion for leave to file *in forma pauperis* [3] without prejudice to reconsideration should he renew his motion in compliance with this order. Petitioner is given 30 days from the date of this order either to file an *in forma pauperis* application on the enclosed form with the information required by § 1915(a)(2) or to pay the full $ 5.00 filing fee. If petitioner takes no action by that date, the court will dismiss this action without prejudice. The clerk is directed to send petitioner an *in forma pauperis* application along with a copy of this order.

■ [For further details see text below.]

Docketing to mail notices.

## STATEMENT

The clerk has accepted this *pro se* petition for a writ of habeas corpus for docketing pursuant to Fed. R. Civ. P. 5(e) even though it was not submitted in compliance with the rules of this court. N.D. Ill. Local Rule 3.3 requires that persons lodging new actions must either pay the statutory filing fee or file a petition for leave to proceed *in forma pauperis*, using the court's form and signing under penalty of perjury. The form requires inmates to obtain a certificate stating the amount of money they have on deposit in their trust fund account. In the case at bar, petitioner's *in forma pauperis* application is not certified, does not show petitioner's trust account balance, and is not accompanied by copies of his prison trust fund ledgers.

If petitioner wants to proceed on his petition for a writ of habeas corpus, he must file a new motion for leave to file *in forma pauperis* on the court's form and have an authorized official provide information regarding petitioner's trust fund account, including a copy of his trust fund account. Petitioner must also write the case number in the space provided for it. Failure to complete the required form fully or otherwise comply with this order are grounds for dismissal of the suit. *See Zaun v. Dobbin*, 628 F.2d 990 (7th Cir. 1980).

Accordingly, the court denies petitioner's motion for leave to file *in forma pauperis* without prejudice to reconsideration should he renew his motion in compliance with this order within 30 days of the date of this order. If petitioner takes no action by that date, the court will dismiss this action without prejudice.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|