

# FILED

NOV 2 9 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>BY CERTIFIED MAIL - RETURN RECEIPT<br>Chief, Criminal Appeal Division<br>Illinois Attorney General's Office<br>100 West Randolph Street<br>12th Floor<br>Chicago, IL 60601 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>**RECEIVED**<br>NOV 13 2007<br>Office Of The Attorney General<br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7004 2510 0001 9671 3297 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

07 CV 6208