To: MR. MICHEAL W. DOBBINS

TO THE CLERK OF THE U.S. DISTICT COURT   MICHAEL W. DOBBINS

HELLO HOW ARE YOU DOING, FINE I HOPE.   07C6208

I AM RIGHTING YOU TO INFORM YOU THAT, I JUST RECIEVED MY,
IN FORMA PAUPERIS APPLICAION, FROM YOU ALL ON 12-06-07.
I OPENED THE MAIL IT CAME IN AND IT WAS A NOTHER ENVELOPE INSIDE SHOWING IT WAS SENT
OUT ORIGINALLY ON 11-15-07, BUT IT HAD THE WRONG ID#. ON IT AND THEY SENT IT BACK
TO YOU ALL AND YOU ALL STAMPT RECIEVED ON IT FOR 12-03-07.

WHAT I AM SAYING IS I RECIEVED A LETTER FROM YOUR OFFICE SAYING
I HAVE 30-DAYS FROM THE DATE OF THIS ORDER EITHER TO FILE AN IN FORMA PAUPERIS APPLICATION
I WOULD OF HAD IT FILED IN ON TIME, BUT I JUST RECIEVED THE APPLICATION FROM YOU ALL
ON 12-06-07. BUT THE LETTER SAY I 30-DAYS FROM 11-09-07 TO SEND MY APPLICATION IN.
SO COULD YOU PLEASE ASK THE COURT TO PLEASE ALOUD A WEEK TO GET MY FORM FINISHED

I AM sending proof of how Late the Mail Service is here At Pinckneyville Correctional Center. To show it wasn't my fault I did not Get the Application sent out in time. It was not due to my negligence as I speak to you now I'm having my Application Filed out as we speak now. you should Recieve it Before 12-17-07 so please Aloud me time to get it to you All I'm send Attached copies of the two envelopes to show I Recieved my noticed Late

**FILED**
DEC 1 3 2007
12-13-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Judge NAME: CHARLES R. NORGLE, SR/

CASE Number: 07C6208/

CASE Title: ( J.B. WASHUP, SR #B-60369 ) V.

Daniel L. Austin ).

Signed By _J.B. Washup Sr_   #B60369
12-07-07

OFFICE OF
RK OF THE U.S. DISTRICT COURT
PRISONER CORRESPONDENCE
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

EXBIT #A

JB

J.B. Washup
B-60369
Pinckneyville - PCC
P.O. Box 999
Pinckneyville, Illinois 62274

EXIBIT # B

$00.97
11/15/2007
Mailed From 60604
US POSTAGE

RETURN TO SENDER

KB40369

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
CHICAGO, IL 60604
OFFICIAL BUSINESS

RECEIVED
DEC 03 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT