IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| ex rel. J.B. WASHUP | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 07 C 6208 |
| | ) | |
| DANIEL AUSTIN, Warden, | ) | |
| Pinckneyville Correctional Center, | ) | The Honorable |
| | ) | Charles R. Norgle, Sr. |
| Respondent. | ) | Judge Presiding. |

_____

**MOTION FOR EXTENSION OF TIME**

The named Respondent, DANIEL AUSTIN, by his attorney, LISA MADIGAN, Attorney General of the State of Illinois, respectfully moves this Honorable Court for a thirty (30) day extension of time from February 12, 2008, to and until March 13, 2008, in which to file a response to this cause.

An affidavit in support of this motion is attached hereto.

                                        LISA MADIGAN
                                        Attorney General of Illinois

BY:   s/ Eric W. Truett
        ERIC W. TRUETT, Bar No. 6291213
        Assistant Attorney General
        100 West Randolph Street, 12th Floor
        Chicago, Illinois  60601-3218
        TELEPHONE:  (312) 814-4864
        FAX:  (312) 814-2253
        E-MAIL: etruett@atg.state.il.us

STATE OF ILLINOIS )
                              )SS.
COUNTY OF COOK )

A F F I D A V I T

     ERIC W. TRUETT, being first duly sworn upon oath, deposes and states as follows:

1. That I am the Assistant Attorney General assigned to represent the Respondent in this matter.

2. That the answer to the instant petition is due to be filed on or before February 12, 2008.

3. That Respondent has requested but will not obtain in sufficient time the relevant portions of the common law record and the record of proceedings.

4. That Respondent is unable to file an Answer without the aforementioned records.

5. That this is Respondent's first request for an extension of time in this matter and Respondent is asking for thirty days.

6. That this motion is made in good faith and not for purpose of delay.

     FURTHER AFFIANT SAYETH NOT.

                                                              By: s/Eric W. Truett
                                                              ERIC W. TRUETT

SUBSCRIBED and SWORN to before
me this 29th day of January, 2008.

CERTIFICATE OF SERVICE

      I hereby certify than on January 29, 2008, I electronically filed respondent's **MOTION FOR EXTENSION OF TIME** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, and I hereby certify that on that same day, I mailed by United States Postal Service the above-referenced motion to the following non-registered party:

J.B. Washup, Sr.
No. B60369
Pinckneyville Correctional Center
P.O. Box 999
Pinckneyville, IL 62274

                         Respectfully submitted,

                         Lisa Madigan
                         Attorney General of Illinois

By:  s/Eric W. Truett
      Eric W. Truett, Bar # 6291213
      Assistant Attorney General
      100 W. Randolph Street, 12th Floor
      Chicago, Illinois 60601
      PHONE: (312) 814-4684
      FAX: (312) 814-2253
      E-MAIL: etruett@atg.state.il.us