IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>   ex rel. J.B. WASHUP | )<br>)<br>) | |
|        Petitioner, | )<br>) | |
|        v. | )<br>) | 07 C 6208 |
| Daniel austin, Warden,<br>   Pinckneyville Correctional Center, | )<br>)<br>) | The Honorable<br>Charles R. Norgle |
|        Respondent. | ) | Judge Presiding. |

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that on February 8, 2008, at 10:30 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Charles Norgle or any judge sitting in his stead, in the courtroom occupied by his at 219 S. Dearborn Street, Chicago, Illinois, and present the attached **MOTION TO DISMISS**.

                            Respectfully submitted,

                            Lisa Madigan
                            Attorney General of Illinois

           By:   <u>s/Eric W. Truett</u>
                  Eric W. Truett, Bar # 6291213
                  Assistant Attorney General
                  100 W. Randolph Street, 12th Floor
                  Chicago, Illinois 60601-3218
                  Phone: (312) 814-4684
                  Fax: (312) 814-2253
                  E-Mail: etruett@atg.state.il.us

CERTIFICATE OF SERVICE

I hereby certify than on January 29, 2008, I electronically filed respondent's **NOTICE OF MOTION TO DISMISS** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, and I hereby certify that on that same day, I mailed by United States Postal Service the above-referenced motion to the following non-registered party:

J.B. Washup, Sr.
No. B60369
Pinckneyville Correctional Center
P.O. Box 999
Pinckneyville, IL 62274

                                       Respectfully submitted,

                                       Lisa Madigan
                                       Attorney General of Illinois

                        By:   s/Eric W. Truett
                              Eric W. Truett, Bar # 6291213
                              Assistant Attorney General
                              100 W. Randolph Street, 12th Floor
                              Chicago, Illinois 60601
                              Phone: (312) 814-4684
                              Fax: (312) 814-2253
                              E-Mail: etruett@atg.state.il.us