IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| ex rel. J.B. WASHUP | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 07 C 6208 |
| | ) | |
| DANIEL AUSTIN, Warden, | ) | |
| Pinckneyville Correctional Center, | ) | The Honorable |
| | ) | Charles R. Norgle |
| Respondent. | ) | Judge Presiding. |

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that on March 32, 2008, at 10:30 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Charles Norgle or any judge sitting in his stead, in the courtroom occupied by his at 219 S. Dearborn Street, Chicago, Illinois, and present the attached **MOTION TO DISMISS**.

                                              Respectfully submitted,

                                              Lisa Madigan
                                              Attorney General of Illinois

                               By:   s/Eric W. Truett
                                              Eric W. Truett, Bar # 6291213
                                              Assistant Attorney General
                                              100 W. Randolph Street, 12th Floor
                                              Chicago, Illinois 60601-3218
                                              PHONE: (312) 814-4684
                                              FAX: (312) 814-2253
                                              E-MAIL: etruett@atg.state.il.us

CERTIFICATE OF SERVICE

      I hereby certify than on March 12, 2008, I electronically filed respondent's **NOTICE OF MOTION TO DISMISS** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, and I hereby certify that on that same day, I mailed by United States Postal Service the above-referenced motion to the following non-registered party:

J.B. Washup, Sr.
No. B60369
Pinckneyville Correctional Center
P.O. Box 999
Pinckneyville, IL 62274

                                Respectfully submitted,

                                Lisa Madigan
                                Attorney General of Illinois

                    By:   s/Eric W. Truett
                                Eric W. Truett, Bar # 6291213
                                Assistant Attorney General
                                100 W. Randolph Street, 12th Floor
                                Chicago, Illinois 60601
                                PHONE: (312) 814-4684
                                FAX: (312) 814-2253
                                E-MAIL: etruett@atg.state.il.us