MHN

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6208 | DATE | 5/27/2008 |
| CASE TITLE | Washup vs. Austin, et. al. | | |

**DOCKET ENTRY TEXT**

Motion by Respondent Daniel L Austin to dismiss [16] is granted, without prejudice. Petitioner concedes that he failed to exhaust his claims in state court and avers that he intends to file a timely state post-conviction petition. The Court finds that Petitioner has ample time prior to the end of the limitations period on his federal habeas petition to file a state post-conviction petition, which will toll the limitations period on his federal habeas claims. See 28 U.S.C. § 2244(d)(2). Accordingly, a dismissal without prejudice is warranted. The clerk shall enter judgment pursuant to Rule 58.

*/s/ Charles Norgle*

Mail AO 450
Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | EF |
|---|---|---|