# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| J B Washup, Sr. | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: C |
| Daniel L. Austin | 07 C 6208 |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the petition for writ of habeas corpus is dismissed without prejudice.

Michael W. Dobbins, Clerk of Court

Date: 5/27/2008

/s/ Eric Fulbright, Deputy Clerk